# APPENDIX.

## OPINIONS PER CURIAM.

THE CITY OF LEAVENWORTH v. ANNIE FINN. No. 11,815. (64 Pac. 1112.) Error from Leavenworth district court. Opinion filed May 11, 1901. Division one. *Affirmed.* John T. O'Keefe, for plaintiff in error. J. C. Petherbridge, and John H. Atwood, for defendant in error.

63 879
Case 1
65 845

THE STATE OF KANSAS v. HENRY NASH. No. 12,027. (64 Pac. 1025.) Appeal from Finney district court. Opinion filed May 11, 1901. Division one. *Reversed.* A. A. Godard, attorney-general, and G. L. Miller, for The State. H. F. Mason, W. R. Hopkins, and J. L. Seeds, for appellant.

THE STATE OF KANSAS v. R. L. McDANIEL. No. 12,034. (64 Pac. 1116.) Appeal from Jewell district court. Opinion filed May 11, 1901. Division one. *Affirmed.* A. A. Godard, attorney-general, R. H. McBride, and J. W. McRoberts, for The State. T. S. Kirkpatrick, D. L. Palmer, and J. M. Livengood, for appellant.

THE STATE OF KANSAS v. FRANK W. ELLIOTT. No. 12,054. (64 Pac. 1027.) Appeal from Doniphan district court. Opinion filed May 11, 1901. Division one. *Affirmed.* A. A. Godard, attorney-general, and S. M. Brewster, for The State. Harvey & Harvey, for appellant.

63 879
Case 4
66 112

63 879
Case 4
78 191

E. E. POLLARD et al. v. WILLIAM D. MIERAN. No. 12,131. (64 Pac. 1116.) Error from Harvey district court. Opinion filed May 11, 1901. Division one. *Affirmed.* S. W. Shattuck, jr., for plaintiffs in error. Bowman & Bucher, for defendant in error.

F. A. PARSONS v. W. C. TETIRICK. No. 12,133. (64 Pac. 1028.) Error from Kingman district court. Opinion filed May 11, 1901. Division one. *Dismissed.* R. L. Holmes, Thomas B. Wall, and Edmund G. Vaughn, for plaintiff in error. W. C. Tetirick, and Bentley & Hatfield, for defendant in error.

63 879
Case 6
64 565

63 879
Case 6
77 772

RUFUS L. McDONALD et al. v. JOHN KELLER. No. 12,136. (64 Pac. 985.) Error from Lyon district court. Opinion filed May 11, 1901. Division one. *Affirmed.* J. Harvey Frith, and J. F. Woodson, for plaintiffs in error. W. T. McCarty, C. B. Graves, and H. D. Dickson, for defendant in error.

THE ANTHONY INVESTMENT COMPANY v. WILLIAM G. ARNETT et al. No. 12,137. (64 Pac. 1024.) Error from Harper district court. Opinion filed May 11, 1901. Division one. *Reversed.* A. C. Richardson, and S. W. Shattuck, jr., for plaintiff in error. H. Llewelyn Jones, for defendants in error.

(879)